# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WINTER GREENES JOINT VENTURE, LLC.,** | : | **CIVIL ACTION NO. 1:08-CV-1480** |
| **Plaintiff** | : | **(Judge Conner)** |
| | : | |
| v. | : | |
| | : | |
| **PENNSYLVANIA DEPARTMENT OF ENVIRONMENTAL PROTECTION,** *et al.*, | : : : | |
| **Defendants** | : | |

## **O R D E R**

AND NOW, this 17th day of March, 2009, upon consideration of the Unopposed Motion (Doc. 92) for Stay filed by Plaintiff, it is hereby ORDERED that said motion is hereby GRANTED. Winter Greenes Joint Venture shall, on or before May 10, 2009, file a Status Report whereupon this Court may issue an additional Order depending upon the progress that has been made at that point and any appropriate requests for further relief.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge